FILED
JUL 0 2 2012
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY /s/ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 11CR3515-JLS |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL OF INDICTMENT |
| JUAN GABRIEL URZUA-BELTRAN, | |
| Defendant. | |

Upon application of the United States Attorney, and good cause appearing therefrom,

IT IS HEREBY ORDERED that the indictment in the above-captioned case against defendant JUAN GABRIEL URZUA-BELTRAN, be dismissed without prejudice.

DATED: 7/2/12.

HONORABLE JAN L. SAMMARTINO
United States District Court